UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark Vicinage)

|  |  |
|---|---|
| ANTONELLA R. FAVIT-VANPELT, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> REGIONAL INDUSTRIES, INC.; and : <br> LUIS N. POLANCO : <br> : <br> Defendants. : <br> : | C.A. No: 2:17-cv-06909-CCC-SCM |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the foregoing matter is DISMISSED WITH PREJUDICE. Each party hereto to bear its own costs and attorney's fees.

Respectfully submitted this ___16th___ Day of _____January_____, 2020,

| | |
|---|---|
| */s/ Timothy P. Creech* | */s/ Floyd G. Cottrell* |
| TIMOTHY P. CREECH, ESQ. | FLOYD G. COTTRELL, ESQ. |
| CREECH & CREECH LLC | COTTRELL SOLENSKY, P.A. |
| 1835 Market St., Suite 2626 | Three University Plaza Drive, Suite 500 |
| Philadelphia, PA 19103 | Hackensack, NJ 07601 |
| (215) 575-7618; Fax: (215) 575-7688 | (973) 643-1300 x13; Fax: (973) 643-1900 |
| timothy@attorneycreech.com | fcottrell@cs-njnylawfirm.com |
| | |
| *Counsel for Plaintiff,* | *Counsel for Defendants,* |
| *Antonella Favit-VanPelt* | *Regional Industries & Luis N. Polanco* |