## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Newark Vicinage)

|  |  |  |
|---|---|---|
| ANTONELLA R. FAVIT-VANPELT, | : | |
| | : | |
| Plaintiff, | : | C.A. No: 2:17-cv-06909-CCC-SCM |
| v. | : | |
| | : | |
| REGIONAL INDUSTRIES, INC.; and | : | |
| LUIS N. POLANCO | : | |
| | : | |
| Defendants. | : | |
| | : | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the foregoing matter is DISMISSED WITH PREJUDICE. Each party hereto to bear its own costs and attorney's fees.

Respectfully submitted this ___16th___ Day of _____January_____, 2020,

_/s/ Timothy P. Creech_
TIMOTHY P. CREECH, ESQ.
CREECH & CREECH LLC
1835 Market St., Suite 2626
Philadelphia, PA 19103
(215) 575-7618; Fax: (215) 575-7688
timothy@attorneycreech.com

*Counsel for Plaintiff,*
*Antonella Favit-VanPelt*

_/s/ Floyd G. Cottrell_
FLOYD G. COTTRELL, ESQ.
COTTRELL SOLENSKY, P.A.
Three University Plaza Drive, Suite 500
Hackensack, NJ 07601
(973) 643-1300 x13; Fax: (973) 643-1900
fcottrell@cs-njnylawfirm.com

*Counsel for Defendants,*
*Regional Industries & Luis N. Polanco*

SO ORDERED

_s/Claire C. Cecchi_
Claire C. Cecchi, U.S.D.J.

Date: 1/22/2020